CHINH T. VO (SBN 178694)
LAW FIRM OF CHINH T. VO
385 Grand Avenue, Suite 300
Oakland, California 94610
Tel.: (510) 836-2508
Fax: (510) 835-4958

Attorney for Plaintiff and Counter-Defendant Diana Lopez

MARC S. HINES (SBN 140065)
mhines@hinescarder.com
MICHELLE L. CARDER (SBN 174481)
mcarder@hinescarder.com
BRIAN PELANDA (SBN 278453)
bpelanda@hinescarder.com
HINES CARDER LLP
3090 Bristol Street, Suite 300
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123

Attorneys for Defendant and Counter-Claimant AMCO Insurance Company

BRUCE NYE (SBN 77608)
GEORGES A. HADDAD (SBN 241785)
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Tel.: (415) 982-8955
Fax: (415) 982-2042

Attorneys for Defendant Whirlpool Corporation

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LOPEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; AMCO INSURANCE COMPANY; and DOES 1 to 100, INCLUSIVE,<br><br>    Defendants. | CASE NO. 3:11-cv-05421-EMC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR ENTRY OF A PRELIMINARY INJUNCTION ENJOINING THE CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF ALAMEDA, HON. GAIL BEREOLA, FROM PROCEEDING ANY FURTHER IN THIS CASE** |

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR ENTRY OF A
PRELIMINARY INJUNCTION – CASE NUMBER C-11-05421-EMC

1  AMCO INSURANCE COMPANY,

2                    Counter-Claimant

3  vs.

4  DIANA LOPEZ,

5                    Counter-Defendant

6

7          This Matter came before the Court on the Parties' Stipulation for Entry of a

8  Preliminary Injunction Enjoining the California Superior Court for the County of

9  Alameda, Hon. Gail Bereola, from Proceeding any Further in this Case.

10         After having granted AMCO Insurance Company's ("AMCO") *Ex Parte*

11 Application for a Temporary Restraining Order Enjoining the Superior Court on

12 August 31, 2012, and after having reviewed the Parties' Stipulation for Entry of a

13 Preliminary Injunction, the Court finds and concludes as follows:

14         1.      This case was properly removed from the Superior Court of California

15 for the County of Alameda, Hon. Gail Bereola, to this Court on November 8, 2011.

16 Nonetheless, on July 13, 2012, the Superior Court allowed Plaintiff to file a First

17 Amended Complaint in the Superior Court to join 911 Remediation, Inc., ServPro

18 of NE San Jose, and AMCO as defendants to case number RG11600794, the same

19 action that has been properly removed to this Court.  The Superior Court's attempt

20 to continue exercising jurisdiction over this case contravenes 28 U.S.C. § 1446(d)

21 and Article III, Section 2, Clause 1 of the United States Constitution because this

22 Court has not remanded it back to the Superior Court.

23         2.      This will cause immediate, serious and irreparable harm to AMCO,

24 because if AMCO fails to file a responsive pleading or motion to Plaintiff's

25 amended Complaint in the Superior Court, AMCO will risk having the Superior

26 Court enter a wrongful default judgment against it.

27         3.      Unless restrained by this Court, the Superior Court has indicated that

28 it will continue exercising jurisdiction over this case.

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR ENTRY OF A
PRELIMINARY INJUNCTION – CASE NUMBER C-11-05421-EMC

4.      In view of the above, this Court concludes that good cause exists to grant the Parties' Stipulation for Entry of a Preliminary Injunction Enjoining the California Superior Court for the County of Alameda, Hon. Gail Bereola, from Proceeding any Further in this Case.  This order is without prejudice to Ms. Lopez's ability to file a new action in Superior Court against 911 Remediation, Inc. and ServPro of NE San Jose.

WHEREFORE, PURSUANT TO STIPULATION, IT IS ORDERED that the California Superior Court for the County of Alameda, Hon. Gail Bereola, Plaintiff, and their agents, officers, assigns, and all persons acting in concert with them are hereby enjoined and restrained from proceeding any further with case number RG11600794 in the Superior Court unless or until this case is remanded.

THIS ORDER shall be immediately served upon Plaintiff and the California Superior Court for the County of Alameda, Hon. Gail Bereola.

Dated:  September 24, 2012



_____
Edwa[rd M. Chen]
Unite[d States District Judg]e

3

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION FOR ENTRY OF A
PRELIMINARY INJUNCTION – CASE NUMBER C-11-05421-EMC