1  BRUCE NYE, SBN 77608
   GEORGES A. HADDAD, SBN 241785
2  ADAMS | NYE | BECHT  LLP
   222 Kearny Street, Seventh Floor
3  San Francisco, California 94108-4521
   Telephone: (415) 982-8955
4  Facsimile:  (415) 982-2042

5  Attorneys for Defendant
   WHIRLPOOL CORPORATION

6

7

8                   UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 DIANA LOPEZ,                              No.  C 11-05421 EMC

12              Plaintiff,                   **STIPULATION AND ORDER
                                             FOR DISMISSAL**
13      vs.

14 WHIRLPOOL CORPORATION;
   NATIONWIDE MUTUAL INSURANCE
15 COMPANY; and DOES 1 to 100, INCLUSIVE,

16              Defendants.

17

18      The parties having resolved this matter, it is hereby stipulated by and between the parties,

19 through their attorneys of record, that this matter may be dismissed with prejudice.

20

21 DATED:  December 4, 2012      By:  _____Chinh T. Vo_____
                                       CHINH T. VO
22                                     Attorney for Plaintiff DIANA LOPEZ

23 DATED:  December 4, 2012      ADAMS | NYE | BECHT  LLP

24

25

26                              By:  _____Bruce Nye_____
                                     BRUCE NYE
27                                   GEORGES A. HADDAD
                                     Attorneys for Defendant
28                                   WHIRLPOOL CORPORATION

**CERTIFICATION OF AUTHORITY TO ELECTRONICALLY SIGN**

I am counsel of record herein for Whirlpool Corporation. On December 4, 2012, Plaintiff's counsel Chinh T. Vo authorized me to electronically execute this Stipulation and Order for Dismissal on his behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2012, in San Francisco, California

_____
Bruce Nye

**ORDER**

The parties having stipulated thereto, IT IS SO ORDERED.

Dated: _____12/11_____, 2012



_____
United States _____ Judge