BRUCE NYE, SBN 77608
GEORGES A. HADDAD, SBN 241785
ADAMS | NYE | BECHT  LLP
222 Kearny Street, Seventh Floor
San Francisco, California 94108-4521
Telephone: (415) 982-8955
Facsimile:  (415) 982-2042

Attorneys for Defendant
WHIRLPOOL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION; NATIONWIDE MUTUAL INSURANCE COMPANY; and DOES 1 to 100, INCLUSIVE,<br><br>　　　　　　Defendants. | No. C 11-05421 EMC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

　　　The parties having resolved this matter, it is hereby stipulated by and between the parties, through their attorneys of record, that this matter may be dismissed with prejudice.

DATED: December 4, 2012        By:    _____Chinh T. Vo_____
                                                        CHINH T. VO
                                                Attorney for Plaintiff DIANA LOPEZ

DATED: December 4, 2012        ADAMS | NYE | BECHT  LLP



                                               By:    _____Bruce Nye_____
                                                        BRUCE NYE
                                                        GEORGES A. HADDAD
                                                Attorneys for Defendant
                                                WHIRLPOOL CORPORATION

**CERTIFICATION OF AUTHORITY TO ELECTRONICALLY SIGN**

I am counsel of record herein for Whirlpool Corporation. On December 4, 2012, Plaintiff's counsel Chinh T. Vo authorized me to electronically execute this Stipulation and Order for Dismissal on his behalf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 4, 2012, in San Francisco, California

                                              Bruce Nye

**ORDER**

The parties having stipulated thereto, IT IS SO ORDERED.

Dated: _____12/11_____, 2012

                                              United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]